DAN M. LEE, Justice,
for the Court:
Roosevelt Harris was found guilty of burglary in the Circuit Court of Washington County and sentenced to twelve years’ imprisonment.
We find no merit to any of the errors assigned on appeal, and, thereby, affirm his sentence and conviction. See Jimmerson v. State, 498 So.2d 844 (Miss.1986); Hawkins v. State, 488 So.2d 800 (Miss.1986); Burkett v. State, 484 So.2d 1046 *466 (Miss.1986); Smith v. State, 484 So.2d 364 (Miss.1986); Dedeaux v. State, 480 So.2d 532 (Miss.1985); Tedford v. State, 480 So.2d 531 (Miss.1985); Gibson v. State, 475 So.2d 824 (Miss.1985); Parrott v. State, 475 So.2d 167 (Miss.1985); Willis v. State, 475 So.2d 163 (Miss.1985); Jordan v. State, 474 So.2d 622 (Miss.1985); and Morea v. State, 329 So.2d 527 (Miss.1976).
AFFIRMED.
WALKER, C.J., ROY NOBLE LEE and HAWKINS, P.JJ., and PRATHER, ROBERTSON, SULLIVAN, ANDERSON and GRIFFIN, JJ., concur.